IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin W. Winn, ) | No. CV 06-447-TUC-FRZ (GEE) |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Unifund CCR Partners, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is Defendants' Motion for Attorneys' Fees. On August 8, 2007, Magistrate Judge Glenda E. Edmonds issued a Report and Recommendation recommending that the motion be denied. The Report and Recommendation indicated that any party could file written objections within ten days of being served with a copy of the Report and Recommendation. The parties have not filed any objections to the Report and Recommendation, and the time for filing objections has expired. As such, the Court will not consider any objections at this point in time.

The Court has reviewed the entire record and concludes that Magistrate Judge Edmonds' recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

1  Accordingly, IT IS HEREBY ORDERED as follows:

2  (1) United States Magistrate Judge Edmonds' Report and Recommendation (Doc. #48) is
3  **ACCEPTED AND ADOPTED**.

4  (2)  Defendants' Motion for Attorneys' Fees (Doc. #42) is **denied**.

6  DATED this 14th day of September, 2007.

*[signature]*
FRANK R. ZAPATA
United States District Judge